XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
KYMBERLY E. SPEER
Deputy Attorney General
State Bar No. 121703
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0985
 Fax:  (510) 622-2270
 E-mail:  Kymberly.Speer@doj.ca.gov

*Attorneys for Defendant State of California, by and
through its California Highway Patrol*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **ESTRELLA LYSANDRA ZAYAS,**<br><br>Plaintiff,<br><br>**v.**<br><br>**STATE OF CALIFORNIA, ET AL,**<br><br>Defendants. | 3:17-cv-02739-EMC<br><br>**STIPULATED PROTECTIVE ORDER; [P~~ROPOS~~ED] ORDER**<br><br>Courtroom:  5 – 17th Floor<br>Judge:  The Honorable Edward M. Chen<br>Trial Date:  Not assigned<br>Action Filed:  May 11, 2017 |

The parties to this action, by and through their respective counsel, and hereby stipulate that production of any Mobil Video/Audio Recording System ("MVARS") CD for April 16, 2016 by CHP will be made pursuant to the following Stipulated Protective Agreement:

1.      It is contemplated that the present disclosure of the MVARS CD under this stipulated protective order will be dispositive on plaintiff's decision whether or not to proceed with the subject litigation. Should plaintiff decide to proceed with the litigation, the parties agree that plaintiff may move the Court for an order challenging the continued confidentiality of the

subject MVARS CD while defendants retain the right to oppose such a motion by plaintiff for the purpose of retaining the confidentiality of the subject MVARS CD.

2. The MVARS CD and its contents may be used by the parties and their counsel only in this litigation and may not be used in separate proceedings or actions at this time or in the future without first being obtained through proper discovery procedures or court orders in those separate proceedings or actions.

3. The MVARS CDs and its contents may not be disclosed, copied, distributed, shown, or described to any person or entity (including, but not limited to, media representatives) by the parties or their representatives or agents, other than (a) the parties to this litigation; (b) the parties' attorneys, paralegals, and legal office staff in this litigation; (c) the parties' expert consultants in this litigation for purposes of expert consultation and trial testimony preparation; and (d) the court in this action, filed under seal, for purposes of this litigation.

4. The parties' expert consultants must sign an acknowledgment and agreement to be bound by the terms of this Stipulated Protective Agreement.

5. The MVARS CD produced subject to this Stipulated Protective Agreement and all copies thereof must be returned to CHP's counsel upon the termination of this litigation.

6. This Stipulated Protective Agreement does not in any way affect or prejudice the right of any party at the time of trial or other proceedings in this action to object to the use or admissibility of the MVARS CD at the trial or in other proceedings.

7. Violation of this Protective Order by any party or any other person, including, but not limited to, any party's expert witnesses and consultants, will result in sanctions to be determined by the Court upon application by any other party.

**SO STIPULATED:**

Dated: June 6, 2017

/s/ *Kymberly E. Speer*
KYMBERLY E. SPEER
*Attorney for Defendant State of California, by and through its California Highway Patrol*

Stipulated Protective Order
*Zayas v. State of California, et al.*
USDC (N.D. Cal.) Case No.: 3:17-cv-02739                    2

Dated: June 6, 2017                         LAW OFFICES OF PANOS LAGOS

*/s/Panos Lagos*
Panos Lagos, Esq.
Attorney for Plaintiff,
ESTRELLA LYSANDRA ZAYAS

**ORDER**

So ordered.

Dated: June __7__, 2017

Honor

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulated Protective Order
*Zayas v. State of California, et al.*
USDC (N.D. Cal.) Case No.: 3:17-cv-02739                3