UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTRELLA LYSANDRA ZAYAS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ORTEGA, et al.,<br>　　　　Defendants. | Case No. 17-cv-02739-EMC<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO SUBMIT ADDITIONAL BRIEFING**<br><br>Docket No. 67 |

Plaintiff has asked for leave to file a supplemental brief to discuss a Ninth Circuit decision issued after the summary judgment reply briefs were filed. *See Shorter v. Baca*, No. 16-56051, 2018 U.S. App. LEXIS 19491 (9th Cir. July 16, 2018). Plaintiff's motion is denied. Under Civil Local Rule 7-3(d), "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval, except," *e.g.*, "[b]efore the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion – without argument." Civ. L.R. 7-3(d). The Court therefore shall not permit Plaintiff to file a supplemental brief. However, it shall take into account the *Shorter* decision cited by Plaintiff.

This order disposes of Docket No. 67.

**IT IS SO ORDERED**.

Dated: July 24, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge